January 13, 1984.

472 A.2d 229

Asakura etc. v. Krall etc., Appellants.

Reargument Denied March 16, 1984.

Argued October 11, 1983.   George J. McConchie, for appellants;  Keith S. Erbstein, for appellees.

Before CAVANAUGH, MONTEMURO and POPOVICH, JJ.

Judgment affirmed.